SF/1441580v1

| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 2 | MICHAEL N. WESTHEIMER  Bar No. 178938 |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | Email: rebecca.hull@sdma.com |
| |         michael.westheimer@sdma.com |

Attorneys for Defendants
Metropolitan Life Insurance Company, and
Bank of America Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY, | CASE NO. C 07 1831 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN, | |
| Defendants. | |

WHEREAS plaintiff Marianne Dilley and defendants Metropolitan Life Insurance Company, and Bank of America Long Term Disability Benefits Plan (collectively "the parties") were previously ordered to complete mediation by September 7, 2007;

WHEREAS the parties have agreed on mediator David Meadows;

WHEREAS counsel and mediator have now agreed to a mutually-available date of October 4, 2007;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court grant an extension of the deadline for completing the mediation to October 15, 2007.

1  There have been no prior extensions of the mediation deadline in this action.

2  IT IS SO AGREED AND STIPULATED.

3  DATED: September 7, 2007   SHERNOFF BIDART & DARRAS, LLP

By: _____
Frank N. Darras
Attorneys for Plaintiff, Marianne Dilley

DATED: September 7, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendants, Metropolitan Life Insurance Company, and Bank of America Long Term Disability Benefits Plan

IT IS SO ORDERED.

DATED: 9/9/10/07

Hon. Phyllis J. Hamilton
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton