SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company, and
Bank of America Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>   Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>   Defendants. | CASE NO. C 07 1831 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTIONS RE STANDARD OF REVIEW AND RE AVAILABILITY OF DISCOVERY** |

   WHEREAS plaintiff Marianne Dilley and defendants Metropolitan Life Insurance Company, and Bank of America Long Term Disability Benefits Plan (collectively "the parties") were previously ordered to file their respective motions to establish the applicable standard of review and to determine the availability of discovery, to be heard on November 14, 2007;

   WHEREAS the parties deferred preparation of their respective motions in light of a scheduled mediation which the parties hoped might obviate the need for such motions and conserve judicial and litigant resources;

   WHEREAS the mediation took place on October 4, 2007, but the matter has not yet been resolved;

1  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
2  grant a three-week extension of the motion filing date and hearing date for their respective
3  motions as set forth above, such that the motions shall be filed on or before October 31, and set
4  for hearing on December 5, 2007.
5  There have been no prior extensions of the hearing dates in this action.
6  IT IS SO AGREED AND STIPULATED.

7  DATED:  October 5, 2007         SHERNOFF BIDART & DARRAS, LLP

                                   By: /s/ Frank N. Darras (As authorized on 10/5/07)
                                       Frank N. Darras
                                       Attorneys for Plaintiff, Marianne Dilley

13 DATED:  October 5, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                   By: /s/ Rebecca A. Hull
                                       Rebecca A. Hull
                                       Michael N. Westheimer
                                       Attorneys for Defendants, Metropolitan Life Insurance
                                       Company, and Bank of America Long Term Disability
                                       Benefits Plan

20  IT IS SO ORDERED.
21  DATED: 10/9/07

    IT IS SO ORDERED
    Judge Phyllis J. Hamilton