```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 2  MICHAEL N. WESTHEIMER  Bar No. 178938
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  Email: rebecca.hull@sdma.com
           michael.westheimer@sdma.com
 6
    Attorneys for Defendants
 7  Metropolitan Life Insurance Company,
    and Bank of America Long Term Disability Benefits Plan
 8
```

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | Marianne Dilley, | CASE NO. C 07-01831 PJH |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING APPLICABLE STANDARD OF REVIEW** |
| 14 | v. | |
| 15 | Metropolitan Life Insurance Company; Bank of America Long Term Disability Benefits Plan, | Date: December 5, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3, 17th Floor |
| 16 | | |
| 17 | Defendant. | |

18

19      Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company

20  ("MetLife") and Bank of America Long Term Disability Benefits Plan (the "Plan") (collectively,

21  "the parties") hereby stipulate and agree as follows:

22      WHEREAS, Plaintiff's action for long term disability ("LTD") benefits under the Plan

23  arises under and is governed by the Employee Retirement Income Security Act of 1974, as

24  amended ("ERISA"), 29 U.S.C. section 1001, *et seq.*;

25      WHEREAS, at the Case Management Conference on July 12, 2007, the parties disagreed

26  on whether the applicable standard of review in this ERISA action should be abuse of discretion

27  or *de novo*, and accordingly, the Court set a briefing schedule for Defendants to file an early

28  motion for partial summary judgment on standard of review in order to determine that issue;

-1-                                                      CASE NO. C 07-01831 PJH
STIPULATION AND [PROPOSED]ORDER RE APPLICABLE STANDARD OF REVIEW

1  WHEREAS, pursuant to a stipulation and order entered by the Court on October 9, 2007,
2  the briefing schedule for Defendants to file their early motion for partial summary judgment to
3  establish the applicable standard of review was extended to October 31, 2007, with a hearing date
4  of December 5, 2007;

5  WHEREAS, the parties agree that the Plan (including p. 54 of the document attached as
6  Exhibit A to Plaintiff's Complaint in this action) expressly confers discretionary authority on
7  MetLife in its capacity as the claim administrator to interpret the terms of the Plan and to
8  determine eligibility for and entitlement to Plan benefits in accordance with the terms of the Plan;
9  and

10  WHEREAS, in light of the foregoing, the parties concur that the applicable standard of
11  review is abuse of discretion, but Plaintiff wishes to preserve her right to raise issues in a
12  subsequent dispositive motion regarding the degree of deference that should be afforded by the
13  Court in applying abuse of discretion review, in accordance with *Abatie v. Alta Health & Life
14  Ins. Co.*, 458 F.3d 955 (9th Cir. 2006) (*en banc*);

15  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
16  issue an Order as follows:

17  1.   The abuse of discretion standard of review applies in this ERISA action;

18  2.   The parties may raise issues in a subsequent dispositive motion regarding the
19  degree of deference that should be afforded by the Court in applying abuse of discretion review,
20  in accordance with *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955 (9th Cir. 2006) (en banc);
21  and

22  3.   This stipulation and order, if entered by the Court, obviates the need for the
23  parties to brief an early partial summary judgment motion on whether the applicable standard of
24  review in this action is abuse of discretion or *de novo*, and accordingly, the briefing schedule and
25  hearing date of December 5, 2007 for the early partial summary judgment motion on standard of
26  / / /
27  / / /
28  / / /

1  review should be vacated.

2  IT IS SO AGREED AND STIPULATED.

3  DATED: October 26, 2007     SHERNOFF BIDART & DARRAS, LLP

By:  /s/ (as authorized on 10/26/07)
     Frank N. Darras
     Attorneys for Plaintiff, Marianne Dilley

DATED: October 26, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/ Michael N. Westheimer
     Rebecca A. Hull
     Michael N. Westheimer
     Attorneys for Defendants, Metropolitan Life Insurance Company, and Bank of America Long Term Disability Benefits Plan

IT IS SO ORDERED.

DATED: 10/29/07

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*