SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company, and
Bank of America Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>Defendants. | CASE NO. C 07 1831 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUMMARY JUDGMENT MOTIONS**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Benefits Plan (the "Plan") (collectively, "the parties") hereby stipulate and agree as follows:

WHEREAS, at the initial Case Management Conference ("CMC") that took place in this action on December 5, 2007, and as reflected in the Court's order dated December 11, 2007, the parties currently must file summary judgment motions in this action no later than April 2, 2008;

WHEREAS, Plaintiff's counsel and defense counsel realized after the CMC that the summary judgment briefing schedule that they agreed to at the CMC directly conflicts with preplanned vacation schedules and other prescheduled business matters;

WHEREAS, after meeting and conferring, the parties have identified a mutually available summary judgment briefing schedule and hearing date, and mutually request an extension of the summary judgment filing date by four weeks and a modification of the briefing schedule so that the hearing will be scheduled take place three weeks after the filing of reply briefs;

WHEREAS, none of the parties will be prejudiced by the modification of the summary judgment briefing schedule and hearing date requested herein;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court modify the summary judgment briefing schedule and hearing date as follows: opening briefs to be filed no later than April 30, 2008; opposition briefs to be filed no later than May 14, 2008; reply briefs to be filed no later than May 21, 2008; and a hearing date of June ~~11~~ 18, 2008.

IT IS SO AGREED AND STIPULATED.

DATED: December 20, 2007        SHERNOFF BIDART & DARRAS, LLP


By: /s/ Lissa A. Martinez (authorized on 12/20/07)
Frank N. Darras
Lissa A. Martinez
Attorneys for Plaintiff, Marianne Dilley


DATED: December 20, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Michael N. Westheimer
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendants, Metropolitan Life Insurance Company, and Bank of America Long Term Disability Benefits Plan

IT IS SO ORDERED.

DATED: 12/21/07

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton