SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company, and
Bank of America Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>    Defendants. | CASE NO. C 07 1831 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO HEAR SUMMARY JUDGMENT MOTIONS**<br><br>Judge:    Hon. Phyllis J. Hamilton<br>Dept.:    3, 17th Floor |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Benefits Plan (the "Plan") (collectively, "the parties") hereby stipulate and agree as follows:

WHEREAS, at the initial Case Management Conference ("CMC") that took place in this action on December 5, 2007, and as reflected in the Court's order dated December 11, 2007, the parties were directed to file summary judgment motions in this action no later than April 2, 2008;

WHEREAS, all counsel realized after the CMC that the summary judgment briefing schedule that they agreed to at the CMC directly conflicts with preplanned vacation schedules and other prescheduled business matters, and entered into a stipulation modifying the summary judgment briefing schedule and resetting the hearing date to June 11, 2008, which was approved by the Court on December 21, 2007, with a modification to the hearing date of June 18, 2008;

1  WHEREAS, subsequent to the parties' stipulation extending the hearing date to June 11,
2  Michael Westheimer, the attorney primarily responsible for handling the matter on behalf of
3  defendants, has resigned and Rebecca Hull, the attorney who now will be responsible for the
4  hearing, has a previously agreed speaking engagement on June 11, 2008;

5  WHEREAS, Lissa Martinez, the attorney responsible for the hearing on behalf of plaintiff,
6  has a preplanned family vacation from June 13, 2008 to June 23, 2008;

7  WHEREAS, after meeting and conferring, the parties have identified a mutually available
8  hearing date, and mutually request an extension of the summary judgment hearing date to June 25,
9  2008, while maintaining the previously stipulated and ordered briefing schedule;

10  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
11  modify the summary judgment briefing schedule and hearing date as follows: opening briefs to be
12  filed no later than April 30, 2008; opposition briefs to be filed no later than May 14, 2008; reply
13  briefs to be filed no later than May 21, 2008; and a hearing date of June 25, 2008.

14  IT IS SO AGREED AND STIPULATED.

DATED:  January 24, 2008          SHERNOFF BIDART & DARRAS, LLP

                                  By: /s/ Lissa A. Martinez (as authorized on 1/24/08)
                                      Frank N. Darras
                                      Lissa A. Martinez
                                      Attorneys for Plaintiff, Marianne Dilley

DATED:  January 24, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By: /s/ Rebecca A. Hull
                                      Rebecca A. Hull
                                      Attorneys for Defendants, Metropolitan Life Insurance
                                      Company, and Bank of America Long Term Disability
                                      Benefits Plan

IT IS SO ORDERED.

DATED: January 24, 2008

_____
Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

CASE NO. C 07 1831 PJH
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR HEARING SUMMARY JUDGMENT MOTIONS