UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIANNE DILLEY,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendant.
_____/

No. C 07-1831 PJH

**ORDER OF REFERENCE**

    Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to enforce the court's December 5, 2007, discovery order.

    In that order, the court granted plaintiff's motion for leave to conduct discovery in part and denied it in part. Defendant has responded to some of the discovery requests, but objects to providing a response to one interrogatory, and objects to providing a complete response to a second interrogatory. In its opposition to plaintiff's motion, defendant also seeks a protective order.

    The assigned Magistrate Judge will resolve the dispute between the parties. The date for the hearing on plaintiff's motion, previously set for Wednesday, April 23, 2008, is VACATED. The parties will be advised of the date, time, and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge