IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY, | No. C-07-1831 PJH (MEJ) |
| Plaintiff, | |
| vs. | **NOTICE OF REFERENCE** |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James for resolution of plaintiff's motion to enforce the Court's December 5, 2007 discovery order.  Please be advised that the date for the hearing on plaintiff's motion, previously set for Wednesday, April 23, 2008, is hereby VACATED.  Rather, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures.

Counsel are advised that in regard to this discovery dispute, they must comply with Judge James' standing order and meet and confer in person.  If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter.  Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the

**United States District Court**
For the Northern District of California

1  matter submitted on the papers.  Accordingly, any pending discovery motions on this matter are

2  hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

3  　　　　Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

4  questions.

5  **IT IS SO ORDERED.**

7  Dated: April 16,, 2008

　　MARIA-ELENA JAMES
8  United States Magistrate Judge

2