```
SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company, and
Bank of America Long Term Disability Benefits Plan
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>    Defendants. | CASE NO. C 07 1831 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO HEAR SUMMARY JUDGMENT MOTIONS**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Dept.:  3, 17th Floor |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Benefits Plan (the "Plan") (collectively, "the parties") hereby stipulate and agree as follows:

WHEREAS, at the initial Case Management Conference ("CMC") that took place in this action on December 5, 2007, and as reflected in the Court's order dated December 11, 2007, the parties were directed to file summary judgment motions in this action no later than April 2, 2008;

WHEREAS, the parties previously stipulated to continue the filing and hearing dates in order to accommodate scheduling difficulties, including prepaid vacations of both plaintiff's counsel and defense counsel, such that currently the parties' dispositive motions are due to be filed not later than April 30, 2008, with a hearing date of June 25, 2008;

1     WHEREAS, defense counsel Rebecca A. Hull has a prepaid family vacation from May 23, 2008 to June 9, 2008;

3     WHEREAS, plaintiff's counsel Lissa A. Martinez has a prepaid family vacation from June 13, 2008 to June 23, 2008;

5     WHEREAS, plaintiff filed a discovery motion that was set for hearing on April 23, 2008, which included a request to continue the briefing and hearing dates for dispositive motions;

7     WHEREAS, in its opposition to plaintiff's discovery motion, defendant also seeks a protective order;

9     WHEREAS, the Court has referred plaintiff's discovery motion to Magistrate Judge Maria-Elena James, who has issued an order vacating the April 23, 2008 hearing date and directing the parties to meet and confer in person before bringing the issues to the Court;

12     WHEREAS, plaintiff's counsel believes that the outcome of the pending discovery dispute may affect plaintiff's dispositive motion arguments;

14     WHEREAS, the currently agreed briefing and hearing dates for dispositive motions are no longer practicable in light of the uncertainty of both the timing and the outcome of plaintiff's discovery motion; and

17     WHEREAS, the parties are agreed that it would be in the interest of judicial economy to await the outcome of the pending discovery dispute before preparing dispositive motions;

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
2  modify the summary judgment briefing schedule and hearing date as follows: opening briefs with
3  regard to the parties' respective dispositive motions shall be filed not later than July 16, 2008;
4  opposition briefs to be filed no later than July 30, 2008; reply briefs to be filed no later than
5  August 6, 2008; and a hearing date of August 20, 2008; such dates to be subject to revision if
6  required due to future developments with regard to the pending discovery dispute.

7    IT IS SO AGREED AND STIPULATED.

8  DATED:  April 17, 2008         SHERNOFF BIDART & DARRAS, LLP
9                                 By:  /s/ Lissa A. Martinez
                                        Lissa A. Martinez
10                                      Attorneys for Plaintiff

11 DATED:  April 17, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP
12                                By:  /s/ Rebecca A. Hull (as authorized on 4/17/08)
13                                      Rebecca A. Hull
                                        Attorneys for Defendants

14   IT IS SO ORDERED.
15 DATED: 4/18/08



Hon.
United

IT IS SO ORDERED
Judge Phyllis J. Hamilton