FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:    9093903770
Facsimile:    9099742121
Email: fdarras@sbd-law.com;
       lmartinez@sbd-law.com

Attorneys for Plaintiff
MARIANNE DILLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No.: C 07-01831 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO MEET AND CONFER TELEPHONICALLY**<br><br>Judge:    Hon. Maria-Elena James<br>Ctrm:     B, 15th Floor |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the parties") hereby stipulate and agree as follows:

WHEREAS, plaintiff filed a discovery motion to enforce the Court's December 5, 2007 discovery order;

WHEREAS, in its opposition to plaintiff's discovery motion, defendants also seek a protective order;

WHEREAS, the Court has referred plaintiff's discovery motion to Magistrate Judge Maria-Elena James for resolution;

1  WHEREAS, Judge James issued an order directing the parties to meet and confer in
2  person prior to filing a joint meet and confer letter pursuant to Judge James' Standing Order
3  Regarding Discovery and Dispute Procedures;
4  WHEREAS, defense counsel Rebecca A. Hull has a prepaid family vacation from May
5  23, 2008 to June 9, 2008, followed by a firm business meeting in Chicago, Illinois, from June 10,
6  2008 to June 11, 2008, and her first day in the office will be June 12, 2008;
7  WHEREAS, plaintiff's counsel Lissa A. Martinez has a prepaid family vacation from
8  June 13, 2008 to June 23, 2008;
9  WHEREAS, plaintiff's counsel is located in Ontario, California and defense counsel is
10 located in San Francisco, California;
11 WHEREAS, requiring counsel to meet and confer in person would require plaintiff's
12 counsel to spend almost an entire day traveling (including time spend getting to and from the
13 airport, through airport security, the actual flight time, and getting to and from San Francisco
14 airport to defense counsel's office);
15 WHEREAS, due to counsel's busy calendars and prepaid family vacations, they will be
16 unable to meet and confer in person until the first week of July 2008;
17 WHEREAS, the parties' dispositive motions currently are due to be filed not later than
18 July 16, 2008;
19 WHEREAS, plaintiff's counsel believes that the outcome of the pending discovery
20 dispute may affect plaintiff's dispositive motion arguments;
21 WHEREAS, counsel are agreed that waiving the Court's requirement that counsel meet
22 and confer in person, and allowing counsel to meet and confer telephonically will greatly
23 expedite the meet and confer process and assist the parties in being able to focus in good faith on
24 the issues in dispute; and
25 WHEREAS, counsel in their experience have found that they are able to meet
26 productively by telephone;
27 / / /
28 / / /


1   NOW, THERREFORE, the parties hereby stipulate to and mutually request that the Court
2   waive its requirement that counsel meet and confer in person, and allow counsel to meet and
3   confer telephonically with regards to the discovery issues in dispute.
4   IT IS SO AGREED AND STIPULATED.

5   DATED: May 22, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

6                                By: /s/ Lissa A. Martinez (as authorized 5/22/08)

7                                Lissa A. Martinez
                                 Attorneys for Plaintiff
8

9   DATED: May 22, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

10                               By: /s/ Rebecca A. Hull

11                               Rebecca A. Hull
                                 Attorneys for Defendants
12

13  IT IS SO ORDERED.

14  DATED: June 12, 2008

15  _____

16  Hon. Maria-Elena James
    United States Magistrate Judge
17

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maria-Elena James]