1  FRANK N. DARRAS #128904
   LISSA A. MARTINEZ #206994
2  SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
4  Telephone:     (909) 390-3770
   Facsimile:      (909) 974-2121
5  Email: fdarras@sbd-law.com;
6           lmartinez@sbd-law.com

7  Attorneys for Plaintiff
   MARIANNE DILLEY
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  MARIANNE DILLEY,                        Case No.: C 07-01831 PJH

13         Plaintiff,                       **STIPULATION AND [PROPOSED]
                                            ORDER VACATING DATE FOR
14     vs.                                  DISPOSITIVE MOTIONS AND
                                            SETTING FURTHER STATUS
15  METROPOLITAN LIFE INSURANCE             CONFERENCE DATE**
    COMPANY; BANK OF AMERICA LONG
16  TERM DISABILITY BENEFITS PLAN,
17
           Defendants.
18

19

20      Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company

21  ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the

22  parties") hereby stipulate and agree as follows:

23      WHEREAS, plaintiff filed a discovery motion to enforce the Court's December 5, 2007

24  discovery order;

25      WHEREAS, in its opposition to plaintiff's discovery motion, defendants also seek a

26  protective order;

27      WHEREAS, the Court has referred plaintiff's discovery motion to Magistrate Judge

28  Maria-Elena James for resolution;

- 1 -                                        Case No. C 07 1831 PJH
STIPULATION AND [PROPOSED] ORDER VACATING MSJ DATE AND SETTING CMC

1   WHEREAS, Judge James issued an order directing the parties to meet and confer in person prior to filing a joint meet and confer letter pursuant to Judge James' Standing Order Regarding Discovery and Dispute Procedures;

4   WHEREAS, pursuant to the Court's order permitting a telephonic meet and confer which occurred on June 27, 2008, after all counsel had returned from previously scheduled vacations;

6   WHEREAS the parties currently are preparing their joint submission to Judge James regarding their discovery disputes but there is no date certain by which the pending discovery dispute will be resolved;

9   WHEREAS the parties presently do not know whether Judge James will order that further discovery take place, nor when (if permitted) such discovery will be concluded;

11  WHEREAS, the parties' dispositive motions currently are due to be filed not later than July 16, 2008;

13  WHEREAS, plaintiff's counsel believes that the outcome of the pending discovery dispute may affect plaintiff's dispositive motion arguments; and

15  WHEREAS, counsel are agreed that it is appropriate to await the outcome of the pending discovery dispute and any further discovery that may be ordered by Judge James, prior to briefing dispositive motions;

18  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court take off calendar the currently pending date for filing dispositive motions, and set this matter for a further status and scheduling conference in approximately 90 days, at which time the parties anticipate that a motion date can be set with reasonable certainty.

22  IT IS SO AGREED AND STIPULATED.

DATED:  July 3, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

                              By: /s/ Lissa A. Martinez (as authorized 7/3/08)

                                  Lissa A. Martinez
                                  Attorneys for Plaintiff

DATED:  July 3, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                              By: /s/ Rebecca A. Hull

                                  Rebecca A. Hull
                                  Attorneys for Defendants

1
2       Upon the stipulation of the parties, IT IS SO ORDERED.
3    DATED: 7/7/08
4                                                    _____
5    FURTHER CASE MANAGEMENT
     CONFERENCE SET FOR 10/2/08              United States District Judge
6    AT 2:30 P.M.  A JOINT CASE
     MANAGEMENT CONFERENCE
7    STATEMENT SHALL BE FILED
     BY 9/25/08.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

                                                 - 3 -                    Case No. C 07 1831 PJH
         STIPULATION AND [PROPOSED] ORDER VACATING MSJ DATE AND SETTING CMC