```
1  FRANK N. DARRAS #128904
   LISSA A. MARTINEZ #206994
2  SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
4  Telephone:    (909) 390-3770
   Facsimile:    (909) 974-2121
5  Email: fdarras@sbdelaw.com
6         lmartinez@sbdelaw.com

7  Attorneys for Plaintiff
   MARIANNE DILLEY
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIANNE DILLEY, | Case No.: C 07-01831 PJH (MEJ) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN, | |
| Defendants. | |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the parties") hereby stipulate and agree as follows:

WHEREAS, plaintiff filed a discovery motion to enforce the Court's December 5, 2007 discovery order;

WHEREAS, in its opposition to plaintiff's discovery motion, defendants also seek a protective order;

WHEREAS, the Court has referred plaintiff's discovery motion to Magistrate Judge Maria-Elena James for resolution;

1   WHEREAS, pursuant to Judge James' Notice of Reference and Standing Order
2 Regarding Discovery and Dispute Procedures, on August 5, 2008, the parties filed their Joint
3 Meet and Confer Letter regarding Discovery;
4   WHEREAS, the matter is under submission and the parties have not gotten a ruling or an
5 order for further briefing or oral argument;
6   WHEREAS, there is a further case management conference set for October 2, 2008;
7   WHEREAS, on September 18, 2008, plaintiff's counsel, Lissa Martinez, spoke with
8 Judge Hamilton's clerk, Nichole Heuerman, and explained that the parties did not want to waste
9 the Court's time with a further case management conference when there was no resolution of the
10 discovery dispute; Ms. Heuerman agreed that the Court would not be able to set dates without
11 having the discovery dispute resolved first and recommended that in lieu of the Joint Case
12 Management Conference Statement to be filed by September 25, 2008, that the parties submit a
13 stipulation to continue the further case management conference date;
14   WHEREAS, on September 18, 2008, and again on September 22, 2008, plaintiff's
15 counsel, Lissa Martinez, left a message with Judge James' clerk, Brenda Tolbert, regarding the
16 status of the discovery dispute, but has not yet heard back on the matter;
17   WHEREAS, the parties presently do not know whether Judge James will order that
18 further discovery take place, nor when (if permitted) such discovery will be concluded;
19   WHEREAS, the parties are agreed that it would be in the interest of judicial economy to
20 await the outcome of the pending discovery dispute before attending a further case management
21 conference;
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court continue the further case management conference currently set for October 2, 2008 for approximately 90 days, at which time the parties anticipate that a motion date can be set with reasonable certainty.

IT IS SO AGREED AND STIPULATED.

DATED: September 23, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


By:  /s/ Lissa A. Martinez
     Lissa A. Martinez
     Attorneys for Plaintiff


DATED: September 23, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ Rebecca A. Hull (as authorized on 9/23/08)
     Rebecca A. Hull
     Attorneys for Defendants

IT IS SO ORDERED.

DATED: 9/24/08

FURTHER CASE MANAGEMENT CONFERENCE SET FOR 1/15/09 AT 2:30 P.M. A JOINT STATEMENT SHALL BE FILED BY 1/8/09.

Hon. Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton