IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANNE DILLEY,

        Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE CO, et al,

        Defendant.
_____/

No. C-07-1831 PJH (MEJ)

NOTICE AND ORDER SCHEDULING DISCOVERY HEARING

TO ALL PARTIES and their Attorneys of Record:

PLEASE TAKE NOTICE that this case has been scheduled for a Discovery Hearing before Magistrate Judge Maria-Elena James.  The Hearing shall take place on **December 4, 2008, at 10:00 a.m**. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102

Magistrate Judge James' STANDING ORDER RE: DISCOVERYNCE PROCEDURES, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

IT IS SO ORDERED.

Dated: November 19, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge