United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIANNE DILLEY,

        Plaintiffs,

vs.

METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,

        Defendants.

_____/

No. C 07-1831 PJH (MEJ)

**ORDER RE: DISCOVERY DISPUTE**

As to interrogatory No. 1 regarding years 2002-2004, the parties are ordered to meet and confer and within 30 days of the filing of this order, reach a stipulation as to the relative increase in referrals from MetLife to NMR for the period of 2002-2007.

As to interrogatory No. 5, within thirty days of the filing of this order, MetLife shall provide plaintiff with the number of claims it has accepted or granted and rejected or denied after a review by a physician retained through NMR from 2005 to 2007. The court will deny without prejudice, upon a showing of good cause, the plaintiff's request for claims for the period from 2002-2004.

**IT IS SO ORDERED.**

Dated: December 4, 2008



**United States District Court**
For the Northern District of California