FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:    (909) 390-3770
Facsimile:     (909) 974-2121
Email: fdarras@sbdelaw.com
       lmartinez@sbdelaw.com

Attorneys for Plaintiff
MARIANNE DILLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No.: C 07-01831 PJH (MEJ)<br>ORDER DENYING REQUEST TO CONTINUE<br><s>STIPULATION AND [PROPOSED] ORDER CONTINUING</s> THE FURTHER CASE MANAGEMENT CONFERENCE |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the Parties") hereby stipulate and agree as follows:

WHEREAS, plaintiff filed a discovery motion to enforce the Court's December 5, 2007 discovery order;

WHEREAS, in its opposition to plaintiff's discovery motion, defendants also seek a protective order;

WHEREAS, the Court referred plaintiff's discovery motion to Magistrate Judge Maria-Elena James for resolution;

WHEREAS, pursuant to Judge James' Notice of Reference and Standing Order

1  Regarding Discovery and Dispute Procedures, on August 5, 2008, the Parties filed their Joint
2  Meet and Confer Letter regarding Discovery;
3      WHEREAS, on November 19, 2008, Judge James issued an Order setting a Discovery
4  Hearing for December 4, 2008;
5      WHEREAS, during the December 4, 2008 Discovery Hearing, Judge James ordered
6  further briefing and set a hearing date of March 5, 2009 for defendants' motion for protective
7  order;
8      WHEREAS, there is a further case management conference set for January 15, 2009;
9      WHEREAS, the Parties are agreed that it would be in the interest of judicial economy to
10 await the outcome of the pending discovery dispute before attending a further case management
11 conference;
12     NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
13 continue the further case management conference currently set for January 15, 2009 for 90 days,
14 at which time the parties anticipate that a motion date can be set with reasonable certainty.
15     IT IS SO AGREED AND STIPULATED.

16 DATED: December 10, 2008       SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

17                                 By:  /s/ Lissa A. Martinez
18                                      Lissa A. Martinez
                                        Attorneys for Plaintiff
19
20 DATED: December 10, 2008       SEDGWICK, DETERT, MORAN & ARNOLD LLP

21                                 By:  /s/ Rebecca A. Hull (as authorized on 12/10/08)
                                        Rebecca A. Hull
22                                      Attorneys for Defendants
23
24 IT IS SO ORDERED.
   DATED:  12/12/08
25
26
27                                              **DENIED**
                                                /s/ Judge Phyllis J. Hamilton
28

Case No. C 07 1831 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING THE
FURTHER CASE MANAGEMENT CONFERENCE