UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIANNE DILLEY,

    Plaintiff(s),

v.

METROPOLITAN LIFE INS. CO., et al.,

    Defendant(s).

_____/

No. C 07-1831 PJH

**ORDER WITHDRAWING REFERENCE**

The order referring this matter to Magistrate Judge James for discovery is hereby WITHDRAWN and the undersigned will resolve the pending discovery dispute regarding plaintiff's Interrogatory Number 5. Defendant shall withdraw its motion for protective order (docket number 80) which is based on the re-framed interrogatory focusing on claims denied <u>after</u> referral to NMR, and shall instead re-file a motion based on the originally propounded interrogatory which focuses on claims which were denied <u>based on</u>, at least in part, the NMR evaluation and recommendation. The motions shall be filed as soon as possible and noticed for hearing on March 18, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge