FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121
Email: fdarras@sbdelaw.com
       lmartinez@sbdelaw.com

Attorneys for Plaintiff
MARIANNE DILLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No.: C 07-01831 PJH (MEJ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CLARIFYING THE TRIAL BRIEFING SCHEDULE |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the Parties") hereby stipulate and agree as follows:

WHEREAS, pursuant to the Minute Order dated March 18, 2009, the Court set a one-half day Court Trial for August 21, 2009 and instructed the parties to submit trial briefs to the Court on a 35-day briefing schedule;

WHEREAS, in the interest of clarifying the trial briefing schedule the parties agree as follows;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court adopt the following trial briefing schedule:

- July 10, 2009 – Defendants to file the Administrative Record
- July 17, 2009 – Plaintiff to file Opening Trial Brief and extra record evidence
- July 31, 2009 – Defendants to file Responsive Trial Brief
- August 7, 2009 – Plaintiff to file a Reply Trial Brief
- August 21, 2009 – Court Trial starting at 8:30 a.m.

IT IS SO AGREED AND STIPULATED.

DATED: July 7, 2009   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

By:   /s/ Lissa A. Martinez
      Lissa A. Martinez
      Attorneys for Plaintiff

DATED: July 7, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Rebecca A. Hull
      Rebecca A. Hull
      Attorneys for Defendants

IT IS SO ORDERED.

DATED: 7/8/09

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton