FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:    (909) 390-3770
Facsimile:    (909) 974-2121
Email: fdarras@sbdelaw.com
       lmartinez@sbdelaw.com
Attorneys for Plaintiff

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE DILLEY, | Case No.: C 07-01831 PJH (MEJ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND BRIEFING SCHEDULE** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN, | |
| Defendants. | |

Plaintiff Marianne Dilley and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively, "the Parties") hereby stipulate and agree, and request the Court to order, as follows:

1       WHEREAS, pursuant to the Minute Order dated March 18, 2009, the Court set a one-half
2  day Court Trial for August 21, 2009 and instructed the parties to submit trial briefs;
3       WHEREAS, the parties subsequently stipulated, and pursuant to such stipulation the
4  Court ordered, that the trial and briefing schedule would be as follows:
5       • July 10, 2009 – Defendants to file the Administrative Record[1]
6       • July 17, 2009 – Plaintiff to file Opening Trial Brief and extra record evidence
7       • July 31, 2009 – Defendants to file Responsive Trial Brief
8       • August 7, 2009 – Plaintiff to file a Reply Trial Brief
9       • August 21, 2009 – Court Trial starting at 8:30 a.m
10      WHEREAS, very recent developments, unrelated to the litigation, have presented what
11 the parties believe is a good opportunity for resolution of this dispute without the need for further
12 briefing or for a trial, and
13      WHEREAS, the defendants' primary case contact currently is and for the past three
14 weeks has been out of the office due to the birth of a baby, and will not be returning to work until
15 the week of July 20, making it very difficult to engage in meaningful settlement negotiations,
16      NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
17 adopt the following schedule in order to permit the parties to fully explore the likelihood of
18 settlement prior to expenditure of judicial and litigant resources in briefing and presenting the
19 case for trial:
20      • August 14, 2009 – Plaintiff to file Opening Trial Brief and extra record evidence
21      • August 28, 2009 – Defendants to file Responsive Trial Brief
22      • September 4, 2009 – Plaintiff to file a Reply Trial Brief
23      • September 18, 2009 – Court Trial starting at 8:30 a.m.
24 ///
25 ///
26 ///
27
28
_____
[1] This step has been completed.

1  IT IS SO AGREED AND STIPULATED.

3 Respectfully submitted,

4  DATED: July 16, 2009     SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

By:  /s/ Lissa A. Martinez
     Lissa A. Martinez
     Attorneys for Plaintiff

DATED: July 16, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/ Rebecca A. Hull
     Rebecca A. Hull
     Attorneys for Defendants

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: 7/17/09

Hon. Phyllis J. Hamilton
United States District Judge