FRANK N. DARRAS #128904, fdarras@sbdelaw.com
LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:     (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff
MARIANNE DILLEY

REBECCA A. HULL #99802, rebecca.hull@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone: (415) 781-7900
Fax: (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
AND BANK OF AMERICA LTD BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIANNE DILLEY, | Case No.: C 07-01831 PJH (MEJ) |
|---|---|
| Plaintiff, | PARTIES' JOINT STIPULATION TO CONTINUE DATE TO COMPLETE SETTLEMENT; AND (P~~ROPOSED~~) ORDER |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY BENEFITS PLAN, | Date Action Filed:   April 2, 2007
Trial Date:                September 18, 2009 |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff Marianne Dilley ("Plaintiff") and Defendants Metropolitan Life Insurance

1  Company ("MetLife") and Bank of America Long Term Disability Benefits Plan ("the Plan"), by
2  and through their respective counsel of record, hereby stipulate and respectfully request that the
3  date to complete settlement regarding this action be continued for thirty days.  The date to
4  complete settlement in this matter was presently scheduled for September 28, 2009.  The parties
5  are working diligently and expect to have the settlement agreement and settlement process
6  finalized within the next thirty days.   The parties respectfully request a brief continuance of the
7  time to complete the settlement process from September 28, 2009 to October 30, 2009, in order
8  to allow the parties to finalize the settlement.
9       For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and
10 between the parties and their respective counsel of record, and it is respectfully requested that the
11 Court permit and enter an Order to continue the time to complete the settlement process date
12 currently set for September 28, 2009 to October 30, 2009.

14 DATED: October 1, 2009         SHERNOFF BIDART DARRAS
                                  ECHEVERRIA, LLP

16                             By:    /s/ Lissa A. Martinez
17                                    LISSA A. MARTINEZ
                                      Attorneys for Plaintiff

19 DATED: October 1, 2009         SEDGWICK, DETERT, MORAN &
                                  ARNOLD LLP

21                             By:    /s/ Rebecca A. Hull
22                                    REBECCA A. HULL
                                      Attorneys for Defendants

24     IT IS SO ORDERED.

26 DATED:  10/15/09

27
                                  _____
                                  HON. PHYLLIS J. HAMILTON
28                                United States District Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*