1  FRANK N. DARRAS #128904
   LISSA A. MARTINEZ #206994
2  SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
4  Telephone:     (909) 390-3770
   Facsimile:     (909) 974-2121
5  Email: fdarras@sbdelaw.com
6         lmartinez@sbdelaw.com
   Attorneys for Plaintiff
7

8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 Email:  rebecca.hull@sdma.com

13 Attorneys for Defendants
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | MARIANNE DILLEY,                    | Case No.: C 07-01831 PJH (MEJ) |
18 |                                     |                                 |
   |        Plaintiff,                   | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
19 |                                     |                                 |
20 |    vs.                              | **[Fed. R. Civ. P. 41(A)(1)]**  |
21 | METROPOLITAN LIFE INSURANCE         |                                 |
   | COMPANY; BANK OF AMERICA LONG       |                                 |
22 | TERM DISABILITY BENEFITS PLAN,      |                                 |
23 |                                     |                                 |
   |        Defendants.                  |                                 |
24

25      IT IS HEREBY STIPULATED by and between the parties to this action, through their

26 respective counsel of record, that the above-captioned action be and hereby is dismissed with

27 prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party

28 shall bear her or its own costs and attorneys' fees.

1   IT IS SO AGREED AND STIPULATED.

3                                         Respectfully submitted,

4   DATED:  November 5, 2009              SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

5                                         By:   */s/ Lissa A. Martinez*
                                                Lissa A. Martinez
6                                               Attorneys for Plaintiff

8   DATED:  November 5, 2009              SEDGWICK, DETERT, MORAN & ARNOLD LLP

9                                         By:   */s/ Rebecca A. Hull*
                                                Rebecca A. Hull
10                                              Attorneys for Defendants

13   Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

14   DATED:  11/6/09

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

- 2 –                                     CASE NO. C 07 1831 PJH
STIPULATION OF DISMISSAL WITH PREJUDICE

**Service List**

Rebecca A. Hull, Esq.
Attorney For: Metropolitan Life Insurance Company
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone: (415) 781-7900
Fax: (415) 781-2635

Rebecca A. Hull, Esq.
Attorney For: Bank of America LTD Benefits Plan
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone: (415) 781-7900
Fax: (415) 781-2635